UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Jonathan Lee Riches d/b/a
Bernard Madoff,
Plaintiff

V.

Roger Goodell d/b/a National Football League Commissioner;
David Stern d/b/a National Basketball Association Commissioner;
Gary Bettman d/b/a National Hockey League Commissioner;
Bud Selig d/b/a Major League Baseball Commissioner,
Defendants

RECEIVED IN CLERK'S OFFICE MAY 13 2009 U.S. DISTRICT COURT MID. DIST. TENN.

FILED U.S. DISTRICT COURT MIDDLE DISTRICT ___ ___ MAY 13 2009 BY_____ DEPUTY CLERK

3 09MC 0100

---

Preliminary Injunction, Temporary Restraining order, TRO
If I can't Partake in Your Sport, Then I'll take You to Court

Comes now, Jonathan Lee Riches d/b/a Bernard Madoff, defendants are violating my civil rights and Equal opportunity employer, EOE denying a constitutional right to play in their league. This is discrimination against Federal Inmates and convicted felons. On April 1, 2009, I submitted my name to Roger Goodell to enter the 2009 NFL draft. I'm over qualified. I've trained catching footballs in prison with Michael Vick & Ray Carruth in the prison rec yard at Federal medical center Lexington Kentucky. I'm the Jim Thorpe of sports! I got clocked by guards in the gun tower running the 40 yrd dash in 3.9 seconds. I can throw a football 105 yrds. I've benched pressed Nate Newton in prison 36 times straight, FBI officials confirmed this information in a affidavit, Olivia Newton John passed my physical, but Roger Goodell took my name off the draft list on April 2, 2009. Goodell told my FBI Agent I hired, Shauna Dunlap who Arrested me for Identity theft that unless I give Roger Goodell Ponzi and Credit card Fraud Kickback money of $3.3 Million, I can't play in his league. Goodell also wants me to personally hack into the financial records of the Arena Football leagues banking records and drain their Accounts, so they declare Bankruptcy, so Arena football league players will play for the NFL instead. Gary Bettman Bets on Sports. FMC Lexington is bias against the NHL on Bettmans orders not showing hockey games on the prison TV's because Bettman is racist Against Black & Spanish & Identity theft convicts. Bettman is Afraid Black Inmates will Attend Hockey Arenas Nationwide to watch NHL games and scare away White fans, and Bettman

Case 3:09-mc-00100 Document 1 Filed 05/13/2009 Page 1 of 2

[Handwritten margin note: ORDER - This motion is DENIED as lacking any merit. [signature] USDJ 7-7-09]